UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------- x

TROY CANALES,

                                Plaintiff,

-against-

THE CITY OF NEW YORK, ET AL.,

                                Defendants.

**STIPULATION AND ORDER OF DISMISSAL**

15 CV 5202 (GHW) (AJP)

------------------------------------------------------------------------- x

**WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, that the above-referenced action is hereby dismissed with prejudice.

Dated: New York, New York
_____, 2015

| | |
|---|---|
| GIORDANO LAW OFFICES, PLLC<br>*Attorneys for Plaintiff*<br>226 Lenox Avenue<br>New York, NY 10027<br>212-406-9466<br><br>By: _____<br>   Carmen S. Giordano, Esq.<br>   *Attorney for Plaintiff* | ZACHARY W. CARTER<br>Corporation Counsel of the<br>   City of New York<br>*Attorney for Defendants The City of New*<br>   *York, Hansen, Kinane, and Shaw*<br>100 Church Street, 3rd Floor<br>New York, New York 10007<br><br>By: _____<br>   Liza J. Sohn<br>   *Assistant Corporation Counsel* |

SO ORDERED:

_____
HON. GREGORY H. WOODS
UNITED STATES DISTRICT JUDGE

Dated: _____, 2015